07,725-02

Mr Acosta

DEC 08 2015 12-1-2015

After Doing Reasherch Abel Acosta, Clerk I cbtlAve

found That I Can Appeal This

Cdse Even After the fact That I

Signed a (No Contest Ple).

Based on the fact's That The

DA Knew all The Fact & Evodents

were false and Copined from Many

Counts of Perjury! My Question is

This Sir, Do I Apply for a Appeal

Attorney with The Appeals Court or

County Court. My Writ 11.07 Hps

Been Sent To The Appeals Court alReady!

7493-A From Mitchell County Colorado City TX
32 ㎜ District! Thank you

1956671 Shaun Keen